THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: August 30, 2010



Honorable Susan V. Kelley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In re: Eric J. Phillips,

                Debtor

                              Case No. 07-22398

_____

ORDER DISMISSING CASE PURSUANT TO 11 U.S.C. SEC. 1307

_____

Upon the Motion of the attorney for the above-captioned debtor

IT IS ORDERED THAT:

1. The debtors' case is hereby dismissed pursuant to §1307(b) of the

Bankruptcy Code.

Drafted by:
Luke T. Witte
Sperling Law Offices, LLC
100 E. Wisconsin Ave. #1020
Milwaukee, WI 53202
414-273-7100                 ####